# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0900
Lower Tribunal No. 17-29627-CA-01
_____

**Pascal Nikiema,**
Appellant,

vs.

**Nicolas Pascal, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

The Law Offices of Gold & Parado, and James L. Parado and Alan C. Gold, for appellant.

Hutchison Law, P.A., and Courtney D. Hutchison (Naples); Rizk Law, PLLC, and Beshoy Rizk, for appellees.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Brickell v. Trammell</u>, 82 So. 221, 230 (Fla. 1919) ("Land does not pass as appurtenant to land."). <u>See also</u> <u>Rivas v. Solary</u>, 18 Fla. 122, 127 (Fla. 1881) (stating that "land does not pass as appurtenant to land"); <u>S. Venice Corp. v. Caspersen</u>, 229 So. 2d 652, 655 (Fla. 2d DCA 1969) ("As a general rule, land does not pass under a deed as an appurtenance to land.").